# EXHIBIT A

IN THE CIRCUIT COURT OF FAYETTE COUNTY, WEST VIRGINIA

DAVID RAY BEALS,                                           PLAINTIFF,

V.                                                CIVIL ACTION NO. 17-C-189

TERENCE W. FLOLU and
MAZDA MOTOR OF AMERICA, INC.,                              DEFENDANTS.

## COMPLAINT

1. Plaintiff David Ray Beals resides at Scarbro, Fayette County, West Virginia.

2. Defendant Terence W. Flolu is believed to reside at Glen Allen, Virginia.

3. Defendant Mazda Motor of America, Inc. (herein "Mazda"), is a corporation authorized

and doing business in Fayette County, West Virginia at all times relevant herein.

4. On or about May 12, 2015, Plaintiff was operating his 2011 Honda CRV automobile,

traveling on Route 612, toward Bishop Branch Road in Fayette County, West Virginia.

5. At the time and near the place aforesaid, Defendant Terence W. Flolu was operating a

2015 Mazda Single Unit truck, near Bishop Branch Road, Fayette County, West Virginia, when said

Defendant Terence W. Flolu negligently operated said motor vehicle in such a manner as to cause

it to collide with the motor vehicle driven by Plaintiff.

6. At all times pertinent hereto, Defendant Mazda negligently entrusted the 2015 Mazda

Single Unit truck to Defendant Terence W. Flolu.

7. As a direct and proximate result of the negligence of the Defendants, as aforesaid, the

Plaintiff suffered serious and permanent injuries to his head, neck, right shoulder, right knee, right

shin, and left knee, incurred medical expenses in an amount not yet determined and reasonably

expects to incur future medical expenses.

Complaint
A TRUE COPY of an order entered
May 10, 2017
Teste: _____
Circuit Clerk Fayette County, WV

8.  As a direct and proximate result of the negligence of Defendants, as aforesaid, Plaintiff incurred loss of income in not yet determined and reasonably expects to incur future loss of income.

9.  As a direct and proximate result of the negligence of Defendants, as aforesaid, Plaintiff endured pain, suffering, mental anguish and emotional distress.

10.  As a direct and proximate result of the negligence of Defendants, as aforesaid, Plaintiff has in the past and will in the future suffer a diminished capacity to enjoy life.

**WHEREFORE**, the Plaintiff prays for judgment against Defendants in such amount as justified by the evidence.

PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

# PLAINTIFF

BY COUNSEL

HEWITT & SALVATORE, *pllc*

BY:

Anthony M. Salvatore    WV Bar No. 7915
204 North Court Street
Fayetteville, WV 25840
(304) 574-0272

[S:\PI\4633\4633COMPLAINT.frm]

# SUMMONS



### IN THE CIRCUIT COURT OF FAYETTE COUNTY, WEST VIRGINIA

DAVID RAY BEALS,                                                           PLAINTIFF,

V.                                                        CIVIL ACTION NO. 17-C-489

TERENCE W. FLOLU and
MAZDA MOTOR OF AMERICA, INC.,                                      DEFENDANTS.

To the above-named Defendant:          **TERENCE W. FLOLU**
                                       5121 Dorin Hill Ct
                                       Glen Allen, Virginia  23059

**IN THE NAME OF THE STATE OF WEST VIRGINIA**: You are hereby summoned and required to serve upon **ANTHONY M. SALVATORE**, plaintiff's attorney, whose address is **204 NORTH COURT ST., FAYETTEVILLE, WV 25840**, an answer, including any related counterclaim or defense you may have, to the complaint filed against you in the above-styled civil action, a true copy of which is hereby delivered to you. You are required to serve your written answer with the Clerk of this Court, and with a copy of said answer served upon plaintiff's attorney within **TWENTY (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above-styled civil action.

Dated: May 10, 2017

_____
Clerk of Court



# SUMMONS

### IN THE CIRCUIT COURT OF FAYETTE COUNTY, WEST VIRGINIA

DAVID RAY BEALS,                                                        PLAINTIFF,

V.                                                    CIVIL ACTION NO. 17-C-189

TERENCE W. FLOLU and
MAZDA MOTOR OF AMERICA, INC.,                                          DEFENDANTS.

To the Underinsured Carrier:          National General Insurance Company
                                      Sally Hall, Claims Compliance Manager
                                      5630 University Parkway
                                      Mail Code 1A04
                                      Winston Salem, NC  27105

**IN THE NAME OF THE STATE OF WEST VIRGINIA**: You are hereby summoned and required to serve upon **ANTHONY M. SALVATORE**, **plaintiff's** attorney, whose address is **204 NORTH COURT ST., FAYETTEVILLE, WEST VIRGINIA 25840**, an answer, including any related counterclaim or defense you may have, to the complaint filed against you in the above-styled civil action, a true copy of which is hereby delivered to you. You are required to serve your written answer with the Clerk of this Court, and with a copy of said answer served upon **plaintiff's** attorney within **THIRTY (30)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above-styled civil action.

Dated: May 10, 2017

_____
Clerk of Court



# SUMMONS

### IN THE CIRCUIT COURT OF FAYETTE COUNTY, WEST VIRGINIA

DAVID RAY BEALS,                                                      PLAINTIFF,

V.                                                      CIVIL ACTION NO. 17-C-189

TERENCE W. FLOLU and
MAZDA MOTOR OF AMERICA, INC.,                          DEFENDANTS.

To the above-named Defendant:        MAZDA MOTOR OF AMERICA, INC.
CT Corporation System
5400 D Big Tyler Road
Charleston, WV 25313

**IN THE NAME OF THE STATE OF WEST VIRGINIA**: You are hereby summoned and required to serve upon **ANTHONY M. SALVATORE, plaintiff's** attorney, whose address is **204 NORTH COURT ST., FAYETTEVILLE, WEST VIRGINIA 25840**, an answer, including any related counterclaim or defense you may have, to the complaint filed against you in the above-styled civil action, a true copy of which is hereby delivered to you. You are required to serve your written answer with the Clerk of this Court, and with a copy of said answer served upon **plaintiff's** attorney within **THIRTY (30)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above-styled civil action.

Dated: May 10, 2017

_____
Clerk of Court

**CIVIL CASE INFORMATION STATEMENT** *Paid* $. 200,00
**CIVIL CASES**
S/P to SS

In the Circuit Court of Fayette County, West Virginia

I.  CASE STYLE

Plaintiffs:

Case #  17 - C - 189

JUDGE  Hatcher

**David Ray Beals,**
c/o Anthony M. Salvatore, Esq.
204 N. Court Street
Fayetteville, WV  25840

2017 OCT 10 P 2: 18

FAYETTE COUNTY CIRCUIT CLERK

v.

Defendants:

| | Days to Answer | Type of Service |
|---|---|---|
| **Terence W. Flolu**<br>5121 Dorin Hill Ct<br>Glen Allen, Virginia  23059 | 30 | Sec of State |
| **Mazda Motor of America, Inc.**<br>CT Corporation System<br>5400 D Big Tyler Road<br>Charleston, WV  25313 | 30 | Sec of State |

To the Underinsured Carrier:

| | | |
|---|---|---|
| **National General Insurance Company**<br>Sally Hall, Claims Compliance Manager<br>5630 University Parkway<br>Mail Code 1404<br>Winston Salem, NC  27105 | 30 | Sec of State |

Original and nine (9) copies of COMPLAINT furnished herewith.

| PLAINTIFF(S):  **David Ray Beals**<br>DEFENDANT(S):  **Terence W. Flolu, et al.** | CIVIL ACTION NO. |
| --- | --- |

## II.  TYPE OF CASE:

| TORTS | OTHER | CIVIL |
| --- | --- | --- |
| ☐ Asbestos | ☐ Adoption | ☐ Appeal from Magistrate Ct |
| ☐ Professional Malpractice | ☐ Contract | ☐ Petition for Modification of Magistrate Sentence |
| ■ Personal Injury | ☐ Real Property | ☐ Miscellaneous Civil |
| ☐ Product Liability | ☐ Mental Health | ☐ Other |
| ☐ Other Tort | ☐ Appeal of Administrative Agency | |

III.    JURY DEMAND: ☒ Yes   ☐ No

CASE WILL BE READY FOR TRIAL BY (*MONTH/YEAR*):  **March 2018**

IV.    DO YOU OR ANY OF YOUR CLIENTS OR WITNESSES IN THIS CASE REQUIRE SPECIAL ACCOMMODATIONS DUE TO A DISABILITY OR AGE? ☐ YES   ☐ NO
IF YES, PLEASE SPECIFY:

☐ Wheelchair accessible hearing room and other facilities
☐ Interpreter or other auxiliary aid for the hearing impaired
☐ Reader or other auxiliary aid for the visually impaired
☐ Spokesperson or other auxiliary aid for the speech impaired
☐ Other: _____

*Attorney Name: Anthony M. Salvatore, Esq.*

*Firm:  HEWITT & SALVATORE, PLLC*

*Address:*     *204 N. COURT ST., FAYETTEVILLE, WV 25840*
*Telephone:  (304) 574-0272*

*Representing:*

☒ *Plaintiff*                           ☐ *Defendant*
☐ *Cross-Complainant*         ☐ *Cross-Defendant*

*Dated: May 8 2017*

*Signature*

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



**Mac Warner**
Secretary of State
State of West Virginia
**Phone:** 304-558-6000
886-767-8683
**Visit us online:**
www.wvsos.com

Danny Wright
Fayette County Courthouse
100 Court Street
Fayetteville, WV 25840-1517

2017 MAY 18 A 11: 31
FAYETTE COUNTY
CIRCUIT CLERK

**Control Number:** 194743

**Defendant:** TERENCE W FLOLU
5121 DORIN HILL COURT
GLEN ALLEN, VA 23059 US

**County:** Fayette
**Civil Action:** 17-C-189
**Certified Number:** 92148901125134100002076044
**Service Date:** 5/12/2017

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in your name and on your behalf.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on your behalf as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, not to the Secretary of State's office.*

Sincerely,

*Mac Warner*

Mac Warner
Secretary of State

A TRUE COPY of an order Return entered
May 18, 2017
Teste: _____
Circuit Clerk Fayette County, WV

# SUMMONS

IN THE CIRCUIT COURT OF FAYETTE COUNTY, WEST VIRGINIA

DAVID RAY BEALS,

PLAINTIFF,

V.

CIVIL ACTION NO. 17-C-189

TERENCE W. FLOLU and
MAZDA MOTOR OF AMERICA, INC.,

DEFENDANTS.

To the above-named Defendant:

**TERENCE W. FLOLU**
5121 Dorin Hill Ct
Glen Allen, Virginia 23059

**IN THE NAME OF THE STATE OF WEST VIRGINIA**: You are hereby summoned and required to serve upon **ANTHONY M. SALVATORE**, plaintiff's attorney, whose address is **204 NORTH COURT ST., FAYETTEVILLE, WV 25840**, an answer, including any related counterclaim or defense you may have, to the complaint filed against you in the above-styled civil action, a true copy of which is hereby delivered to you. You are required to serve your written answer with the Clerk of this Court, and with a copy of said answer served upon plaintiff's attorney within **TWENTY (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above-styled civil action.

Dated: May 10, 2017

Steven W. Roseler

Clerk of Court

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



**Mac Warner**
Secretary of State
State of West Virginia
**Phone:** 304-558-6000
886-767-8683
**Visit us online:**
www.wvsos.com

Danny Wright
Fayette County Courthouse
100 Court Street
Fayetteville, WV 25840-1517

**Agent:** C. T. Corporation System
**County:** Fayette
**Civil Action:** 17-C-189
**Certified Number:** 92148901125134100002076051
**Service Date:** 5/12/2017

**Control Number:** 194744

**Defendant:** MAZDA MOTOR OF AMERICA, INC.
5400 D Big Tyler Road
CHARLESTON, WV 25313 US

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in the name and on behalf of your corporation as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office.***

Sincerely,

*Mac Warner*

Mac Warner
Secretary of State

A TRUE COPY of an order entered
May 18, 2017
Teste: _____
Circuit Clerk Fayette County, WV

# SUMMONS

IN THE CIRCUIT COURT OF FAYETTE COUNTY, WEST VIRGINIA

DAVID RAY BEALS,                                         PLAINTIFF,

V.                                        CIVIL ACTION NO. 17 · C - 189 (H)

TERENCE W. FLOLU and
MAZDA MOTOR OF AMERICA, INC.,                           DEFENDANTS.

To the above-named Defendant:        MAZDA MOTOR OF AMERICA, INC.
                                      CT Corporation System
                                      5400 D Big Tyler Road
                                      Charleston, WV  25313

**IN THE NAME OF THE STATE OF WEST VIRGINIA**: You are hereby summoned and required to serve upon **ANTHONY M. SALVATORE, plaintiff's** attorney, whose address is **204 NORTH COURT ST., FAYETTEVILLE, WEST VIRGINIA 25840**, an answer, including any related counterclaim or defense you may have, to the complaint filed against you in the above-styled civil action, a true copy of which is hereby delivered to you. You are required to serve your written answer with the Clerk of this Court, and with a copy of said answer served upon **plaintiff's** attorney within **THIRTY (30)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have                              counterclaim in the above-styled civil action.

Dated: MC

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



**Mac Warner**
Secretary of State
State of West Virginia
**Phone:** 304-558-6000
886-767-8683
**Visit us online:**
www.wvsos.com

Danny Wright
Fayette County Courthouse
100 Court Street
Fayetteville, WV 25840-1517

2017 MAY 18  A 11: 31

FAYETTE COUNTY
CIRCUIT CLERK

**Control Number:** 194742

**Defendant:** NATIONAL GENERAL INSURANCE
COMPANY
5630 UNIVERSITY PARKWAY
MAIL CODE 1A04
WINSTON SALEM, NC 27105 US

**Agent:** SALLY HALL

**County:** Fayette

**Civil Action:** 17-C-189

**Certified Number:** 92148901125134100002076037

**Service Date:** 5/12/2017

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted
service of process in the name and on behalf of your authorized insurance company.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of
process in the name and on behalf of your authorized insurance company as your attorney-in-fact. Please address any
questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, not to the
Secretary of State's office.*

Sincerely,

*Mac Warner*

Mac Warner
Secretary of State

A TRUE COPY of an order entered
*Return*
*May 18, 2017*
Teste: _____
Circuit Clerk Fayette County, WV

# SUMMONS

IN THE CIRCUIT COURT OF FAYETTE COUNTY, WEST VIRGINIA

DAVID RAY BEALS,                                          PLAINTIFF,

V.                                          CIVIL ACTION NO. 17-C-189

TERENCE W. FLOLU and
MAZDA MOTOR OF AMERICA, INC.,                    DEFENDANTS.

To the Underinsured Carrier:          National General Insurance Company
                                      Sally Hall, Claims Compliance Manager
                                      5630 University Parkway
                                      Mail Code 1A04
                                      Winston Salem, NC 27105

**IN THE NAME OF THE STATE OF WEST VIRGINIA:** You are hereby summoned and required to serve upon **ANTHONY M. SALVATORE**, **plaintiff's** attorney, whose address is **204 NORTH COURT ST., FAYETTEVILLE, WEST VIRGINIA 25840**, an answer, including any related counterclaim or defense you may have, to the complaint filed against you in the above-styled civil action, a true copy of which is hereby delivered to you. You are required to serve your written answer with the Clerk of this Court, and with a copy of said answer served upon **plaintiff's** attorney within **THIRTY (30)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may ha'                                  the above-styled civil action.

Dated: 𝓂\

# SUMMONS

IN THE CIRCUIT COURT OF FAYETTE COUNTY, WEST VIRGINIA

DAVID RAY BEALS,                                          PLAINTIFF,

V.                                          CIVIL ACTION NO. 17-C-189

TERENCE W. FLOLU and                                     DEFENDANTS.
MAZDA MOTOR OF AMERICA, INC.,

To the Underinsured Carrier:        National General Insurance Company
                                    Sally Hall, Claims Compliance Manager
                                    5630 University Parkway
                                    Mail Code 1A04
                                    Winston Salem, NC 27105

IN THE NAME OF THE STATE OF WEST VIRGINIA: You are hereby summoned and required to serve upon **ANTHONY M. SALVATORE**, **plaintiff's** attorney, whose address is **204 NORTH COURT ST., FAYETTEVILLE, WEST VIRGINIA 25840**, an answer, including any related counterclaim or defense you may have, to the complaint filed against you in the above-styled civil action, a true copy of which is hereby delivered to you. You are required to serve your written answer with the Clerk of this Court, and with a copy of said answer served upon **plaintiff's** attorney within **THIRTY (30)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may ha·                                   ...laim in the above-styled civil action.

Dated: 7/1/1